**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

**MARTHA L. CORNEJO,**

                **Plaintiff,**

**v.**                                                          **Case No.  8:06-cv-775-T-TBM**

**MICHAEL J. ASTRUE,**[1]
**Commissioner of the United States**
**Social Security Administration,**

                **Defendant.**
_____/

## O R D E R

        THIS MATTER is before the court on the Commissioner's **Motion For Sentence 6**

**Remand** (Doc. 19).  By this motion, the Commissioner seeks an Order remanding the case for

further administrative action.  As grounds, the Commissioner states that the record on appeal

is incomplete because significant portions of the certified administrative record are missing.

This motion is made pursuant to Sentence Six of § 405(g) of the Social Security Act, 42

U.S.C. § 405(g),[2] and is unopposed by the Plaintiff.

_____

        [1]Michael J. Astrue became Commissioner of Social Security on February 12, 2007.
Pursuant to Rule 25(d)(1) of the Federal Rules of Civil Procedure, Michael J. Astrue should
be substituted for Commissioner Jo Anne B. Barnhart as Defendant in this suit.

        [2]Sentence Six provides:
                The court may, on motion of the Commissioner of Social Security
                made for good cause shown before the Commissioner files the
                Commissioner's answer, remand the case to the Commissioner of
                Social Security for further action by the Commissioner of Social
                Security, . . . and the Commissioner of Social Security shall, after the

Accordingly, it is **ORDERED** that the Commissioner's **Motion For Sentence 6 Remand** (Doc. 19) is **GRANTED**.  This case is remanded pursuant to Sentence Six of § 405(g) for further proceedings consistent with the motion, and the Clerk is directed to administratively close this case.

**Done and Ordered** in Tampa, Florida, this 2nd day of March 2007.

THOMAS B. McCOUN III
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:
Counsel of Record

_____

case is remanded, . . . file with the court any such additional and modified findings of fact and decision, and a transcript of the additional record and testimony upon which the Commissioner's action in modifying or affirmed was based.

42 U.S.C. § 405(g).